■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CAROL TELLO, Appellant. [887 NYS2d 924]—Appeal from a judgment of the Supreme Court, Erie County (John L. Michalski, J.), rendered February 27, 2008. The judgment convicted defendant, upon her plea of guilty, of rape in the second degree and criminal sexual act in the second degree.

It is hereby ordered that the judgment so appealed from is

unanimously affirmed. Present—Hurlbutt, J.P., Centra, Fahey, Carni and Pine, JJ.